UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GOODMAN SALES CO., §<br>f/k/a GMC SALES CORP., §<br>  *Plaintiff*, §<br>§<br>vs. §<br>§<br>ASHA DISTRIBUTING, INC., *et al.*, §<br>  *Defendants.* § | CIVIL ACTION H-05-1260 |

## FINAL JUDGMENT

Based on the unanimous verdict returned September 27, 2006,[1] by a duly empaneled jury of eight, it is ORDERED that plaintiff Goodman Sales Company recover the sum of $3,587,989.00 on its claims against defendants ASHA Distributing, Inc. and ASHA Distributing of K.C., Inc. It is further ORDERED that the defendants ASHA Distributing, Inc. and ASHA Distributing of K.C., Inc. recover the sum of $288,888.00 on their counterclaims against plaintiff Goodman Sales Company. Offsetting these amounts, it is ORDERED that plaintiff Goodman Sales Company recover the sum of $3,299,101.00 from defendants ASHA Distributing, Inc. and ASHA Distributing of K.C., Inc., jointly and severally plus post-judgment interest at the rate of 4.97 percent annually from the date of this judgment until paid.

It is further ORDERED that all taxable costs of court are assessed against defendants ASHA Distributing, Inc. and ASHA Distributing of K.C., Inc. jointly and severally.

This is a FINAL JUDGMENT.

Signed on September 28, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge

---

[1] *See* Dkt. 93 (Verdict Form).